CHARLES T. MORGAN, as Assignee of Rochester School of Optometry of the University of Rochester, Appellant, v. MARTIN KOWALSKY, Respondent.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.